IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NORTHEASTERN DIVISION

HELEN D. DANNER, )
)
v. ) 2:05-0012
)
JO ANNE B. BARNART, Commissioner of )
Social Security )

### ORDER

Before the Court is the Report and Recommendation of Magistrate Judge Brown in which he recommends this case be dismissed without prejudice for failure to prosecute and to obey Court orders. No objections or explanation have been filed.

The Court has read and considered the report of the Magistrate Judge and finds that the report is correct in law and fact. The Report and Recommendation is adopted by this Court.

For the reasons set forth in the Report and Recommendation, this case is **DISMISSED** without prejudice.

It is so **ORDERED**.

Thomas A. Wiseman, Jr.
Senior U.S. District Judge